# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **NA v. EDLOW, et al.**   Case Number: **3:25-cv-3805-CAB-KSC**

Hon. Cathy Ann Bencivengo   Ct. Deputy Lori Hernandez   Rptr Tape: [Reporter Tape]

For the reasons stated at the hearing, the Court **ORDERS** Respondents to provide Petitioner with a bond hearing within 14 days. Respondents shall provide an update within two days after the bond hearing.

Date:  January 27, 2026                                                                                       Initials:  MA