UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTINUS NA,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>JOSEPH B. EDLOW as USCIS DIRECTOR, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  3:25-cv-03805-CAB-KSC<br><br>**ORDER DISMISSING AND CLOSING CASE** |

　　　　Petitioner Agustinus Na filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), this Court ordered a bond hearing under § 1226(a) and its associated regulations. [Doc. No. 8.]  Petitioner subsequently received a bond hearing on February 2, 2026. [Doc. No. 9.]  Petitioner has received the relief he requested and so the Court **DISMISSES** the case. The Clerk of the Court shall close the case.

　　　　It is **SO ORDERED**.

　　　　Dated: February 26, 2026

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　United States District Judge

1